UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLBY HUTTON, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

O5 BNG, LLC, and 5 STAR APPAREL LLC,

Defendants.

No. 2:26-cv-976

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

## **STIPULATION**

Under Local Civil Rule 10(g), Plaintiff Colby Hutton ("Plaintiff") and Defendants O5 BNG, LLC and 5 Star Apparel LLC hereby stipulate and agree, subject to the Court's approval, as follows:

1.      On October 21, 2025, Plaintiff filed his Complaint in the Superior Court of the State of Washington for Snohomish County, No. 25-2-10647-31. Dkt. 1, Ex. B.

2.      Plaintiff served the Summons and Complaint on O5 BNG, LLC's registered agent on October 22, 2025. Dkt. 1, Ex. A.

3.      On January 23, 2026, the parties filed an Agreed Motion to Add Party, which requested that 5 Star Apparel LLC be added as a defendant in this case.

4.      On March 4, the Superior Court for Snohomish County granted the Agreed Motion to Add Party, thus adding 5 Star Apparel LLC as a party defendant.

STIPULATED MOTION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT
(No. 2:26-cv-976) – 1

5. On March 19, 2024, Plaintiff served the Complaint and Summons on 5 Star Apparel LLC's authorized agent, Davis Wright Tremaine LLP. Dkt. 1, Ex. A.

6. Through stipulations of the parties entered by the Superior Court of the State of Washington for Snohomish County, O5 BNG, LLC's deadline to respond to the Complaint was extended to March 23, 2026.

7. On March 23, 2026, 5 Star Apparel LLC removed the above-captioned case to this Court. Dkt. 1.

8. Absent an extension, O5 BNG, LLC's deadline to respond to the Complaint is March 30, 2026 and 5 Star Apparel LLC's deadline to respond to the Complaint is April 9, 2026. *See* Fed. R. Civ. P. 81(c)(2).

9. The Parties agree and stipulate (subject to Court approval) to extend the deadline for both O5 BNG, LLC and 5 Star Apparel LLC to respond to the Complaint up to, and including, April 9, 2026.

10. The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including May 15, 2026, to file any opposition that might be required.

11. The Parties also agree and stipulate (subject to Court approval) that O5 BNG, LLC and 5 Star Apparel LLC shall have up to and including June 1, 2026, to file any reply to Plaintiff's opposition.

12. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint to provide Defendants additional time to consider the issues presented in the Complaint and for the Parties to engage in the meet and confer process required by the Court prior to the filing of any motion that may be dispositive in whole or part of the Complaint.

IT IS SO STIPULATED.

STIPULATED MOTION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT
(No. 2:26-cv-976) – 2

DATED this 25th day of March, 2026.


STRAUSS BORELLI LLP

By: */s/ Samuel J. Strauss*

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP
Lynn A. Toops, *pro hac vice* forthcoming
Natalie A. Lyons, *pro hac vice* forthcoming
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiff*


DAVIS WRIGHT TREMAINE LLP

By: */s/ Lauren B. Rainwater*

Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Bryan Taylor, WSBA #55642
Joshua Peck, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
bryantaylor@dwt.com
joshpeck@dwt.com

*Attorneys for Defendants O5 BNG, LLC and 5 Star Apparel LLC*


STIPULATED MOTION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT
(No. 2:26-cv-976) – 3

**<u>ORDER</u>**

For good cause shown, the Court GRANTS the Parties' stipulated motion (Dkt. No. 5) and hereby extends the time for O5 BNG, LLC and 5 Star Apparel LLC (collectively, "5 Star Defendants") to respond to the Complaint through and including April 9, 2026. Plaintiff shall have up to and including May 15, 2026, to file any opposition that might be required, and 5 Star Defendants shall have up to and including June 1, 2026, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 26th day of March, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT
(No. 2:26-cv-976) – 4