The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLBY HUTTON, on his own behalf and on behalf of others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Proposed Plaintiff-Intervenor,

v.

O5 BNG, LLC, and 5 STAR APPAREL LLC,

Defendants.

NO. 2:26-cv-00976-JLR

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)

Note for Motion Calendar:
May 6, 2026

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington State Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.020. Defendants' Motion to Dismiss (Dkt. 16) argues that the Washington State Commercial Electronic Mail Act violates the dormant Commerce Clause and is preempted by the federal CAN-SPAM statute and the Supremacy Clause of the U.S. Constitution.

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 1
(2:26-cv-00976-JLR)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

On April 9, 2026, Defendants filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 17.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **June 8, 2026**.

To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that Defendant may file a combined reply to Plaintiffs' and the State's respective briefs in opposition to the Motion to Dismiss. The combined reply will be due **June 22, 2026**. The parties likewise stipulate to re-note the Motion to Dismiss for **June 22, 2026**. Further, the parties stipulate, subject to Court approval, that Defendant will receive an expanded word limit of 6,300 total words to accommodate its need to respond to two separate briefs in a combined reply.

//
//
//
//
//
//
//
//
//

STATE OF WASHINGTON'S STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) - 2 (2:26-cv-00976-JLR)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 6, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Robert Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov

Dated: May 6, 2026

STRAUSS BORRELLI PLLC

*s/ Samuel J. Strauss (with permission)*
SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 3
(2:26-cv-00976-JLR)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

COHENMALAD LLP

LYNN A. TOOPS, *pro hac vice* forthcoming
NATALIE A. LYONS, *pro hac vice* forthcoming
IAN R. BENSBERG, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRANCH, JENNINGS & GARVEY PLLC

GERARD J. STANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiff*

Dated: May 6, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ Lauren B. Rainwater (with permission)*
LAUREN B. RAINWATER, WSBA #43625
RACHEL HERD, WSBA #50339
BRYAN TAYLOR, WSBA #55642
JOSHUA PECK, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
Email:  laurenrainwater@dwt.com
            rachelherd@dwt.com
            bryantaylor@dwt.com
            joshpeck@dwt.com

*Attorneys for Defendants*

*I certify that this memorandum contains 318 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 4
(2:26-cv-00976-JLR)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 6th day of May, 2026.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 5
(2:26-cv-00976-JLR)